```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


ALVIN WILSON

                                            PRISONER
       v.                          CIVIL NO. 3:06v954(WWE)

MICHAEL LAJOIE
JOHN WINGS
JOHN AVERY
P. BENOIT
CONNECTICUT DEPARTMENT OF
CORRECTIONS
```

## JUDGMENT

On July 2, 2008, the Court issued a notice pursuant to Rule 41(a), D. Conn. Loc, Civ. R., informing the parties that this case had been inactive for six months and that the case would be dismissed unless a satisfactory explanation were received by the Court within twenty days.  To date, the plaintiff has not provided any explanation for his failure to prosecute this action.

Therefore, it is ORDERED, ADJUDGED AND DECREED that this case is dismissed without prejudice pursuant to Local Rule 41.

Dated at Bridgeport, Connecticut this 22nd of July, 2008.

```
                              ROBERTA D. TABORA, Clerk

                              By    /s/ Cynthia Earle

                                    Cynthia Earle
                                    Deputy Clerk
```

Entered on Docket _____